**Motion to Abate Granted; Abatement Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00601-CV
_____

### In the Interest of N.S., a Child

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-03294J**

---

### ABATEMENT ORDER

This is an accelerated appeal from a judgment signed June 9, 2015, in a suit in which the termination of the parent-child relationship is at issue. On September 14, 2015, we abated this appeal on appellant's motion and on October 1, 2015, **Juli Crow** was appointed to represent appellant.

On October 12, 2015, appellant again filed a motion to abate this appeal for the trial court to rule on an apparent conflict of interest arising from Juli Crow's appearance on behalf of N.S.'s attorney at the hearing on appellant's motion for new trial. We grant appellant's motion to abate and enter the following order.

We ORDER the judge of the 314th District Court to immediately conduct a hearing to determine (1) whether to allow appointed counsel Juli Crow to withdraw; and (2) to appoint appellant new counsel. The judge shall see that a

record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and supplemental clerk's record shall be filed with the clerk of this court on or before October 19, 2015.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.